No. 2953. RIDGEWAY *v.* CUTTER. April Term, 1892. This was a motion to have an appeal declared abandoned, the appellant having failed to file case with the clerk of the Circuit Court within ten days after the same had become settled.

The court thereupon granted the following order, bearing date May 16, 1892:

The case herein having been settled on the twentieth day of February, A. D. 1892, and the same not having been filed in the clerk's office of the Circuit Court within ten days, as required by the forty-ninth rule of the Circuit Court, all of which appears by the motion papers herein, it is ordered, that the said appeal be declared abandoned, and the plaintiff be allowed to proceed as if no appeal had been taken.

No. 2955. FINCKEN *v.* KING. April Term, 1892. This was a consent order of May 23, 1892, declaring an appeal abandoned for failure to file the case with the clerk of the Circuit Court within ten days after settlement.